```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZURICH AMERICAN INSURANCE      :      CIVIL ACTION
COMPANY, et al.                :
                               :
          v.                   :
                               :
R.M. SHOEMAKER CO., et al.     :      NO. 12-873
```

ORDER

AND NOW, this 16th day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiffs Zurich American Insurance Company and Northern Insurance Company of New York for summary judgment (Doc. #3) is GRANTED.  Plaintiffs have no duty to defend R.M. Shoemaker Co. in <u>County of Monmouth v. R.M. Shoemaker Co.</u>, Super. Ct. (Law Div.) Monmouth County, NJ No. MON-L-1204-04, pending in the Superior Court of Monmouth County, New Jersey.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   J.